**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE: SHERIFF'S EXCESS PROCEEDS LITIGATION | : No. 427 EAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| PETITION OF: JOSEPH O'HARA AND FINN LAND CORP. | : Order of the Commonwealth Court |
| | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.